THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE FRANCIS, Appellant.

Submitted June 13, 2016; decided June 23, 2016

Motion to vacate this Court's April 25, 2016 dismissal order granted [see 27 NY3d 990 (2016)]. Motion for assignment of counsel granted and Andrew W. Sayegh, Esq., 95 Church Street, Suite B, White Plains, New York 10601 assigned as counsel to the appellant on the appeal herein.

Chief Judge DIFIORE taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK DINEHART LANGDON, Appellant. GRANT DINEHART LANGDON, Nonparty Appellant.

Decided June 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Court of Appeals does not have jurisdiction to entertain it (NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

Judge PIGOTT taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MONTE, Appellant, v MAXSOLAINE MINGO et al., Respondents.

Submitted May 16, 2016; decided June 23, 2016

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]). Motion for poor person relief etc. dismissed as academic.